# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# WESTERN DIVISION

| | |
|---|---|
| THOMAS E. ALLEN, an Individual, | |
| Plaintiff, | CASE NO. 1:21-CV-00009-RP-CFB |
| v. | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| MILLER ELECTRIC COMPANY, | |
| Defendant. | |

COME NOW the parties, and hereby stipulate and agree that the above matter has settled and should be dismissed with prejudice, each party to pay his, her, or its own costs, complete record waived.

Dated this 7th day of January, 2022.

| THOMAS E. ALLEN | MILLER ELECTRIC COMPANY |
|---|---|
| Plaintiff | Defendants |
| BY:___/S/ Thomp J. Pattermann___ | BY:___/S/ Heidi A. Guttau_____ |
| T.J. Pattermann, #20606 | Heidi A. Guttau #15513 |
| GALLNER & PATTERMANN, P.C. | Baird Holm LLP |
| 300 West Broadway, Suite 145 | 1700 Farnam Street, Suite 1500 |
| Council Bluffs, IA 51503 | Omaha, NE 68102 |
| (712) 323-0999 | (402)344-0500 |
| (712) 323-0814 (Facsimile) | (402)344-0588 (Facsimile) |
| tjpattermann@sgallnerlaw.com | hguttau@bairdholm.com |
| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANT |